UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE GAVIN, et al.,

        Plaintiffs,

v.

LADY JANE'S HAIRCUTS FOR MEN
HOLDING COMPANY, LLC, et al.,

        Defendants.
_____/

Case No. 2:23-cv-12602

HONORABLE STEPHEN J. MURPHY, III

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated May 16, 2024, Plaintiffs' claims are dismissed.

        KINIKIA ESSIX
        CLERK OF THE COURT

        BY: s/ R. Loury

Dated: May 16, 2024

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

1